IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ORDER REGARDING CERTAIN DOCKET MATTERS AND TRANSFERRING/REFERRING CERTAIN PROCEEDINGS | Misc. No. 2:23-mc-622 |

# ORDER

In furtherance of the continued sound management of the Court's dockets and to continue to facilitate the just determination of every proceeding, after consultation with the Chair of the Court's Case Assignment Committee and with the concurrence of the involved judicial officers, and in accordance with LCvR 40(G) wherein the Court finds exceptional circumstances exist to transfer/refer the following action pending on the Court's Pittsburgh Docket, the below-listed action is transferred/referred forthwith to the following judicial officer for further proceedings, subject to further Order of the Court:

| 21-cv-478 | Judge Robert J. Colville |
|---|---|

All pending orders, matters and deadlines in such proceedings shall remain in full force and effect subject to modification by further Order of the now-assigned judicial officer. The Clerk shall post this Administrative Order on the docket of each case listed above, and shall execute the transfer/referral of each such action pursuant to this Order.

                                               s/ Mark R. Hornak
                                               Mark R. Hornak
                                               Chief United States District Judge

Dated: July 7, 2023